

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -7 PM 4: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAISAL PUCKETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3507** |
| **TIM WILKINSON** | **SECTION "K"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's frivolous objections filed on August 4, 2005, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner filed "I Object to the Magistrate Judge Sally Shushan" in which plaintiff alluded to the facts and findings "in globo" without any reasons or legal argument. As such, his objections are meritless and need not be considered by the Court. Nettles v. Wainwright, 677 F.2d 404, 410 n. 8 (5th Cir. 1982), overruled on other grounds Douglas v. United Serv. Automobile Assoc., 79 F.3d 1415 (5th Cir. 1996). Indeed, the failure to pinpoint those portions of the magistrate judge's Report that the district court must specifically consider bars the party from a de novo determination by the district judge of an issue covered in the report. In addition, the Court finds the Magistrate Judge's Report and Recommendation neither to be manifestly unjust nor plainly erroneous.

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____

In addition, it appears that petitioner objects to the extension of time granted by the magistrate judge to the State of Louisiana to respond which does not provide a legal basis for this Court to find error in the Report and Recommendation. Accordingly,

**IT IS ORDERED** that the petition of Faisal Puckett for federal *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 7th day of February, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE